# EXHIBIT A

Date: August 26, 2017
# PA1557742

**AD FROM:**
**PC Shield Inc**
PO Box 96143
Oklahoma City, OK 73143
Fax: (405) 759-7974
Email: Info@PCShieldInc.com

**TO:**
**Stone & Co**
RR 12 Box 613
Greensburg, PA 15601
Phone: 724-836-1400
Web Site:

**Description of Services:** Computer Hardware / Software Protection

| | |
|---|---|
| **PREORDER AMOUNT:** | $ 590.00 |
| Discount If Paid In 10 Days: | - 59.00 |
| **TOTAL:** | $ 531.00 |

**Includes:** 12 months access to software and hardware protection.

Your support will be used with the most current software and hardware protection technology. Once your computer is received the latest malware, adware, and virus removing software is applied. Hardware will be taken apart and professionally cleaned. The technology we use comes from knowledge bases and forums from major companies like Microsoft, HP, Compaq, QuickBooks, and more. With your preorder you save on 12 months support. You may cancel this 12 month contract without any penalty or obligation within 3 business days from the date your payment is received, and get a full refund of all payments made to the seller. If you cancel the contract within 30 days, the seller (PC Shield Inc) may keep only a portion of the contract price, equal to a prorated total price representing the proportion of services you used or completed, plus the cost of the seller. After receiving your initial payment expect annual invoices until membership is canceled. To be removed from this advertising database contact us either by fax or email listed above.

**Please fill in the blanks and mail or fax with the completed CREDIT CARD or CHECK to our address:**
*PC Shield Inc., PO Box 96143, Oklahoma City, OK 73143*



PAYABLE TO PC SHIELD INC OR BY CREDIT CARD PAYMENT

Payment Method: _____ Visa _____ MasterCard _____ Discover _____ AM EX

Credit Card Payment:   Card Number _____

Amount Paid:   Card Holder _____

$ _____   Card Holder Address _____

City _____ State _____ Zip _____

Exp Date _____ Card Security Code _____

*I agree to pay the above amount according to card issuer agreement*

Signature _____

DISCLAIMER: All logos contained herein are the property of their respective owners. This is a proposal for the order of goods or services, or both, and this is not a bill, invoice, or statement of account due. You are under no obligation to make any payments on account of this offer unless you accept this offer. Your organization and our company have in the past not done business together.

Received Time Aug. 27. 2017 4:34AM No. 5027