IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WENDELL H. STONE COMPANY, INC. d/b/a STONE & COMPANY, individually and on behalf of all others similarly situated, | ) ) ) ) ) | Case No. 2:18-cv-1135-AJS |
| Plaintiff, | ) ) | **CLASS ACTION COMPLAINT** |
| v. | ) ) | **JURY TRIAL DEMANDED** |
| PC SHIELD INC., an Oklahoma corporation, | ) ) ) ) | |
| Defendant. | ) | |

# DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Wendell H. Stone Company, Inc d/b/a/ Stone & Company, Plaintiff in the above captioned action, certifies that there are no parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

August 29, 2018                                                    */s/ Stuart C. Gaul, Jr.*
_____                        _____
Date                                                                        Signature of Attorney or Litigant