# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| WENDELL H. STONE COMPANY, INC. d/b/a STONE & COMPANY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PC SHIELD INC., an Oklahoma corporation,<br><br>Defendant. | Case No. 2:18-cv-01135-AJS |

**AFFIDAVIT IN SUPPORT OF PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT**

I, Patrick H. Peluso, declare under penalty of perjury that the following facts are true and correct to the best of my information and belief:

1. I am one of the attorneys for Plaintiff Wendell H. Stone, Inc. ("Plaintiff" or "Stone") and the alleged Class in the above captioned matter. I am over the age of 18 and can competently testify to the matters set forth herein if called upon to do so.

2. Plaintiff's Complaint was filed on August 27, 2018. (Dkt. 1.)

3. The Summons was issued on August 27, 2018.

4. A copy of the Summons and Complaint were served on Defendant PC Shield, Inc. ("Defendant" or "PC Shield") on September 22, 2018, placing Defendant's deadline to Answer or otherwise respond on October 15, 2018. (*See* Dkt. 6.)

5. To date, Defendant has not filed an Answer, entered an appearance, or contacted Plaintiff's counsel.

6. Plaintiff, therefore, requests that the Court enter default against Defendant.

Further affiant sayeth not.

1

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed in the State of Colorado, on October 29, 2018.

Respectfully,

/s/ Patrick H. Peluso
One of Plaintiff's Attorneys

2