# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF PENNSYLVANIA
# PITTSBURGH DIVISION

| | |
|---|---|
| WENDELL H. STONE COMPANY, INC. d/b/a STONE & COMPANY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PC SHIELD INC., an Oklahoma corporation,<br><br>Defendant. | Case No. 2:18-cv-01135-AJS |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE AN OVERSIZED MEMORANDA IN SUPPORT OF ITS MOTION FOR DEFAULT JUDGMENT, MOTION FOR CLASS CERTIFICATION, AND MOTION FOR LEAVE TO CONDUCT LIMITED DISCOVERY**

Plaintiff Wendell H. Stone Company, Inc. d/b/a Stone & Company ("Plaintiff" or "Stone") hereby respectfully moves this Court for leave to file an oversized Memoranda in Support of its Motion for Default Judgment, Motion for Class Certification, and Motion for Leave to Conduct Limited Discovery of up to seventeen (17) pages. In support of the instant motion, Plaintiff states as follows:

1. Pursuant to Judge Schwab's Practices and Procedures § II.B, all briefs in support of a motion are restricted to fifteen (15) pages.

2. The proposed oversized brief is attached hereto as Exhibit A.

3. Given the relative complexity of the issues as well as the multitude of factors relevant to both the motion for default judgment and the motion for class certification, Plaintiff respectfully requests that the Court grant Plaintiff an additional two pages to present its arguments, for a total of seventeen (17) pages.

1

4. Additionally, the relief requested is not sought for any improper purpose and good cause exists to grant the same.

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order granting it leave to file its Memoranda in Support of its Motion for Default Judgment, Motion for Class Certification, and Motion for Leave to Conduct Limited Discovery of up to seventeen (17) pages.

Respectfully,

Dated: October 31, 2018

STONE & COMPANY, INC., individually, and on behalf of all others similarly situated,

/s/ Patrick H. Peluso
One of Plaintiff's Attorneys

Stuart C. Gaul, Jr.
Pa. I.D. No. 74529
Gaul Legal LLC
100 Ross Street, Suite 510
Pittsburgh, PA 15219
412-261-5100 (P)
412-261-5101 (F)
stuart.gaul@gaul-legal.com

Patrick H. Peluso
ppeluso@woodrowpeluso.com*
Woodrow & Peluso, LLC
3900 East Mexico Ave., Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809

*Counsel for Plaintiff and the Putative Class*

*pro hac vice admission

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the above titled document was served upon counsel of record by filing such papers via the Court's ECF system on October 31, 2018.

/s/ Patrick H. Peluso