# EXHIBIT B

## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA
## PITTSBURGH DIVISION

WENDELL H. STONE COMPANY, INC.
d/b/a STONE & COMPANY, individually and
on behalf of all others similarly situated,

           Plaintiff,

v.

PC SHIELD INC., an Oklahoma corporation,

           Defendant.

Case No. 2:18-cv-01135-AJS

### PROOF OF SERVICE

I received the following documents for Brandie M. Jordan aka Brandie M. Law on

December 18, 2018: (1) Clerk's Entry of Default; (2) Memorandum Order on "Plaintiff's Motion

for Default Judgment, Motion for Class Certification, and Motion for Leave to Conduct Limited

Discovery" (Doc. 11); (3) Plaintiff's First Set of Requests for the Production of Documents to

Defendant; (4) Plaintiff's First Set of Requests for Admission to Defendant; and (5) Plaintiff's

First Set of Interrogatories to Defendant.

I personally served the documents by delivering a copy of each to the named person as

follows: Brandie M. Jordan aka Brandie M. Law, 1009 NE 6th Street, Moore, Oklahoma 73160

on January 4, 2019 at 8:20 p.m.

I declare under penalty of perjury that this information is true.

Dated: _1-10-18_

                          _Phil Gray II_
                          *Server's Signature*

                          _Phil Gray II  Process Server_
                          *Printed Name and Title*

                          _1321 N.E. 16th Street, okc, ok 73117_
                          *Server's Address*

1