IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| WENDELL H. STONE COMPANY, INC. d/b/a STONE & COMPANY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PC SHIELD INC., an Oklahoma corporation,<br><br>Defendant. | Case No. 2:18-cv-01135-AJS |

## PROOF OF SERVICE

I received the following document for service upon PC Shield Inc. on March 26, 2019: Memorandum Order re Plaintiff's Motion to Deem Requests for Admission Admitted (Doc. 15).

I personally served the document by delivering a copy of it to the named person as follows: Brandie M. Jordan aka Brandie M. Law, 1009 NE 6th Street, Moore, Oklahoma 73160 on April 23, 2019 at 4:42 p.m.

I declare under penalty of perjury that this information is true and accurate.

Dated: 4/30/19

_____
Server's Signature

Phil Gray II  Process Server
Printed Name and Title

1321 N.E. 10th St., OKC, OK 73117
Server's Address

1