IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| WENDELL H. STONE COMPANY, INC. d/b/a STONE & COMPANY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PC SHIELD INC., an Oklahoma corporation,<br><br>Defendant. | Case No. 2:18-cv-01135-AJS |

### [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT AND TO CONDUCT DISCOVERY

Pending before the Court is Plaintiff's Motion for Leave to File an Amended Complaint and to Conduct Discovery ("Motion"). Having considered the Motion and being duly advised in the premises, it is hereby ORDERED as follows:

1. The Motion is GRANTED;

2. Plaintiff shall have ~~fourteen (14) days from the date of this Order~~ *until June 24, 2019* to file its First Amended Complaint; and

3. Following service of the First Amended Complaint and an opportunity to respond, Plaintiff may conduct discovery relevant to the allegations of its First Amended Complaint *which must be concluded by July 31, 2019.*

IT IS SO ORDERED.

Arthur J. Schwab
United States District Judge    6/17/19

1