# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| WENDELL H. STONE COMPANY, INC. d/b/a STONE & COMPANY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PC SHIELD INC., an Oklahoma corporation,<br><br>Defendant. | Case No. 2:18-cv-01135-AJS |

## PROOF OF SERVICE

I received the following documents for service upon Brandie M. Jordan on June 20, 2019: Plaintiff's First Set of Requests for Admission to Defendant, Plaintiff's First Set of Interrogatories to Defendant, and Plaintiff's First Set of Requests for the Production of Documents to Defendant Brandie M. Jordan.

I personally served the documents by delivering a copy of it to the named person as follows: Brandie M. Jordan aka Brandie M. Law, 1009 NE 6th Street, Moore, Oklahoma 73160 on June 22, 2019.

I declare under penalty of perjury that this information is true and accurate.

Dated: 8/6/19

_____
*Server's Signature*

Phil Gray II  Process Server
*Printed Name and Title*

1321 N.E. 10th St., OKC, OK 73117
*Server's Address*

1