IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| WENDELL H. STONE COMPANY, INC. d/b/a STONE & COMPANY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PC SHIELD INC., an Oklahoma corporation, and BRANDIE M. JORDAN, an individual,<br><br>Defendants. | Case No. 2:18-cv-01135-AJS |

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR CLASS DECERTIFICATION AND DISMISSAL

WHEREAS, an alleged class action is pending before this Court entitled *Stone v. PC Shield, Inc., et al.*, Case No. 2:18-cv-01135-AJS; and

WHEREAS, the Court has read and considered Plaintiff's Motion for Class Decertification and Dismissal and the Memoranda in Support ("Motion"). The Court, being fully advised in the premises, finds good cause being shown,

**IT IS HEREBY ORDERED, DECREED, AND ADJUDGED AS FOLLOWS:**

1. The Court finds that the requirements for class certification are no longer satisfied because Plaintiff is unable to demonstrate that the class is ascertainable and cannot propose an adequate notice plan.

2. Therefore, the Court grants Plaintiff's Motion for Class Decertification and Dismissal.

3. The Class previously certified on December 4, 2019 is hereby decertified.

1

4. Further, the Court hereby dismisses this action against both Defendants without prejudice.

**IT IS SO ORDERED.**

```
_____
Arthur J. Schwab
United States District Judge
```